UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION



FILED

MAR - 8 2023

U.S. DISTRICT COURT
EASTERN DISTRICT OF MO
ST. LOUIS

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| Plaintiff, ) | |
| v. ) | NO. **4:23CR105-HEA/RHH** |
| DAVID GAMMILL, ) | |
| Defendant. ) | |

# INDICTMENT

## COUNT I

The Grand Jury charges that:

On or about the February 23, 2023, in the Eastern District of Missouri, the defendant, DAVID GAMMILL knowingly aimed the beam of a laser pointer at the flight path of Metro Air Support Helicopter ("AIR 2"), an aircraft in the special aircraft jurisdiction of the United States, in violation of 18 U.S.C. Sec. 39A.

A TRUE BILL.

_____
FOREPERSON

SAYLER FLEMING
United States Attorney

_____
COLLEEN C. LANG, #56872MO
Assistant United States Attorney